JAMES PETUR, by SAMUEL PETUR, His Guardian ad Litem, Appellant, *v.* ERIE RAILROAD COMPANY, Respondent.

*Petur* v. *Erie R. R. Co.*, 151 App. Div. 578, affirmed.
　(Argued May 1, 1913; decided May 20, 1913.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 26, 1912, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover for personal injuries alleged to have been sustained by plaintiff through the negligence of defendant.

*Leonard F. Fish* for appellant.

*Elbert N. Oakes, Thomas Watts* and *John Bright* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch. J., WILLARD BARTLETT, HISCOCK, CHASE, COLLIN and HOGAN, JJ.   Absent: WERNER, J.